WOOD v. WOOD

No. 39 PC.

No. 118 (Fall Term).

Case below: 37 N.C. App. 570.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 October 1978.